IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00918-MEH

NICOLE ANN ROBERTS-HELMER,

    Plaintiff,

v.

CAROLYN W. COLVIN, *Acting Commissioner of the Social Security Administration,*

    Defendant.

---

## JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [22], filed May 4, 2016, by the Honorable Michael E. Hegarty, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the decision of the ALJ that Plaintiff, Nicole Ann Roberts-Helmer, was not disabled since July 1, 2009 is REVERSED AND REMANDED to the Commissioner for further consideration.

DATED at Denver, Colorado May 4, 2016.

                                            FOR THE COURT:
                                            Jeffrey P. Colwell, Clerk

                                            By s/ M. Davenport
                                            Deputy Clerk